# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GLOVER,<br><br>    Petitioner,<br><br>v.<br><br>PEOPLE OF CALIFORNIA,<br><br>    Respondent. | CASE NO. 2:17-CV-07609-SJO (SK)<br><br>**JUDGMENT** |

  Pursuant to the Order Dismissing Petition Without Prejudice, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed without prejudice.

DATED: November 1, 2017

*S. James Otero*

HON. S. JAMES OTERO
U.S. DISTRICT JUDGE